## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**VALENTIN V. BENITEZ,**

    **Plaintiff,**

v.                                      Case No.  8:04-cv-1928-T-30TBM

**COMPUTER HORIZONS CORP.,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendant Computer Horizons Corporation's Motion for Summary Judgment (Dkt. # 48), Memorandum of Law in Support of Its Dispositive Motion for Summary Judgment (Dkt. # 49) and Statement of Uncontested Material Facts (Dkt. # 50).  Local Rule 3.01(c) limits a party's motion and accompanying memorandum of law to twenty (20) pages in length.  A party may not circumvent this twenty (20) page limit by filing a separate motion, memorandum and statement of facts.  Accordingly, Defendant Computer Horizons Corporation's Motion for Summary Judgment (Dkt. # 48), Memorandum of Law in Support of Its Dispositive Motion for Summary Judgment (Dkt. # 49) and Statement of Uncontested Material Facts (Dkt. # 50) are hereby stricken.

    **DONE** and **ORDERED** in Tampa, Florida on September 12, 2005.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-1928.strike msj 301c.wpd